

1006 Pittston Ave.
Scranton, PA 18505
P 570 348 0200
F 570 348 0273

acalawyer.com

**WE FIGHT FOR WHAT'S RIGHT.**

June 9, 2017

(Via ECF)
The Honorable James M. Munley
William J. Nealon Federal Building & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

  RE: Leon Johnson v. Wal-Mart Stores, Inc.
    Docket No.: 3:16-CV-01854
    Our File No.: 21435

Dear Judge Munley:

 I am pleased to report that the parties have resolved this matter. I ask that you please enter a sixty (60) day Order to discontinue the matter.

 Thank you.

        Very truly yours,

        *Edwin A. Abrahamsen, Jr.*

        Edwin A. Abrahamsen, Jr.

CA/jsp
cc: Ryan C. Blazure, Esquire

EDWIN A. ABRAHAMSEN* | JAMES J. CONABOY* | EDWIN A. ABRAHAMSEN, JR. | KEVIN M. CONABOY* | JOSHUA BORER
OF COUNSEL: MARY ANN CONABOY ABRAHAMSEN | WILLIAM P. CONABOY | CHARLES F. LIEBERMAN | WALTER W. O'HARA (1920 - 1993)

*Certified civil trial advocate by the National Board of Trial Advocacy. The National Board of Trial Advocacy is a Pennsylvania Supreme Court Accredited Agency.

SCRANTON | MILFORD | STROUDSBURG | TUNKHANNOCK | MT. POCONO | LORDS VALLEY