IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON JOHNSON, | : | 3:16cv1854 |
| | : | |
| | : | (Judge Munley) |
| Plaintiff | : | |
| | : | |
| v | : | |
| | : | |
| WAL-MART STORES, INC., | : | |
| Defendant | : | |

## ORDER OF DISMISSAL

Upon notice to the Court that the parties have settled, it is hereby ordered that this case is dismissed without costs. The parties will have sixty days in which to consummate the settlement.

BY THE COURT:

s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court

Dated: 6/13/17